Christopher E. Hawk,
Gordon Rees Scully Mansukhani
121 SW Morrison St., Suite 1575
Portland, OR 97204
(503) 382-3841 – Telephone
(503) 616-3600 – Facsimile
  *Attorneys for Boyd Tinsley*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WINN,<br><br>          Plaintiff,<br><br>v.<br><br>BOYD TINSLEY,<br><br>          Defendant. | NO. 2:18-CV-00919-RSL<br><br>STIPULATED ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT |

The Court, based upon the stipulation of the parties herein, hereby extends the deadline for Defendant, Boyd Tinsley, to file his Answer to Plaintiff's Complaint to July 10, 2018.

IT IS HEREBY ORDERED that the deadline for Defendant to file his Answer to Plaintiff's Complaint is here by extended to July 10, 2018.

DATED THIS 9TH DAY OF JULY, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATD ORDER FOR EXTENSION OF TIME FOR DEFENDNAT TO FILE ANSWER
PAGE 1 OF 2

**GORDON REES SCULLY MANSUKHANI**
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 222-175
Facsimile: (503) 616-3600