THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES WINN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOYD TINSLEY,<br><br>　　　　　　Defendant. | NO. 2:18-cv-00919-RSL<br><br>STIPULATED MOTION FOR 14-DAY CONTINUANCE OF DEADLINE FOR DISCOVERY CUTOFF AND ~~PROPOSED~~ ORDER<br><br>**NOTE ON MOTION CALENDAR:<br>MAY 21, 2019** |

## STIPULATED MOTION

It is stipulated by the parties that the deadline for discovery to be completed should be extended for 14 days, from May 24, 2019 to a new deadline of June 7, 2019. The trial date will not be affected by granting this motion, which is brought to allow sufficient time for the parties to finalize a proposed resolution of the case. If the parties are unable to agree on the terms of the proposed resolution, this continuance will allow the parties sufficient time to take necessary party depositions prior to the discovery cutoff.

//

STIPULATED MOTION FOR 14-DAY CONTINUANCE OF
DEADLINE FOR DISCOVERY CUTOFF - Page 1

Henderson Law Group, PLLC
1800 Cooper Point Road S.W., Bldg. One
Olympia, Washington 98508
Phone (360) 943-7710   Fax (360) 943-2782
www.hendersonlawgroup.com

DATED this __21st__ day of May, 2019.

By: s/Stephanie Stocker
Stephanie Stocker, WSBA No. 33567
HENDERSON LAW GORUP, PLLC
PO Box 11069
Olympia, WA 98508
Tel: (360) 943-7710
Email: Stephanie@hendersonlaw.net

By: s/Jason Hatch
Jason Hatch, WSBA No. 31798
368 Newell St
Seattle, WA 98109-1858
Tel: (206) 227-2916
Email: jayhatch11@gmail.com

*Attorneys for Plaintiff*

By: s/Christopher E. Hawk
Christopher E. Hawk, WSBA No. 43307
Goldie A. Davidoff, WSBA No. 53387
GORDON REES SCULLY MANSUKHANI
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Tel: (503) 227-8269
Email: chawk@grsm.com
Email: gdavidoff@grsm.com

*Attorneys for Defendant Boyd Tinsley*

## ORDER

The parties having stipulated to change the deadline for discovery to be completed should be extended for 14 days, from May 24, 2019 to a new deadline of June 7, 2019, and good cause appearing to grant the request, IT IS HEREBY ORDERED that the date for discovery cutoff is changed to June 7, 2019.

DATED: May 23, 2019

JUDGE ROBERT S. LASNIK
United States District Judge

**STIPULATED MOTION FOR 14-DAY CONTINUANCE OF DEADLINE FOR DISCOVERY CUTOFF** - Page 2

Henderson Law Group, PLLC
1800 Cooper Point Road S.W., Bldg. One
Olympia, Washington 98508
Phone (360) 943-7710   Fax (360) 943-2782
www.hendersonlawgroup.com