HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES WINN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BOYD TINSLEY,<br><br>　　　　　　Defendant. | NO. 2:18-CV-00919-RSL<br><br>**NOTICE OF SETTLEMENT** |

TO THE CLERK OF THE COURT:

In accordance with Local Rule 11(b), the parties, by and through their counsel of record, hereby notify the court that a settlement has been reached in this matter. All pending dates may be stricken from the court's calendar. The parties request forty-five (45) days to file a stipulated order of dismissal to finalize settlement agreements and receive payments.

Date:　06/10/19

*s/ Stephanie Stocker*
Stephanie Stocker, WSBA No. 33567
HENDERSON LAW GROUP, PLLC
stephanie@hendersonlaw.net

Date:　06/10/19

　*s/ Jason Hatch*
Jason Hatch, WSBA No. 31798
Jayhatch11@gmail.com
*Attorneys for Plaintiff*

Date:　06/10/19

*s/ Christopher E. Hawk*
Christopher E. Hawk, WSBA No. 43307
Goldie A. Davidoff, WSBA No. 53387
GORDON REES SCULLY MANSUKHANI, LLP
chawk@gordonrees.com
gdavidoff@grsm.com
*Attorneys for Defendant Boyd Tinsley*

NOTICE OF SETTLEMENT – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone:  (503) 382-3892
Facsimile :  (503) 616-3600

**CERTIFICATE OF SERVICE**
*James Winn v. Boyd Tinsley*
Western District of Washington
U.S. District Court (Seattle)
Case No. 2:18-CV-00919-RSL

I certify under penalty of perjury under the laws of the State of Oregon that I am over the age of 18, and on this date I caused a copy of the foregoing **NOTICE OF SETTLEMENT** to be served as stated below:

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of Oregon at Portland, addressed as set forth below.

☐ by transmitting via electronic delivery (e-mail) the attached document(s) to the e-mail address(es) set forth below.

☒ by transmitting via electronic delivery the attached document(s) to all attorneys of record using the CM/ECF system.

| Stephanie Henderson Stocker<br>Henderson Law Group, PLLC<br>1800 Cooper Pt. Rd., SW, Bldg 1<br>Olympia, WA  98502<br>Stephanie@hendersonlaw.net<br>*Of Attorneys for Plaintiff* | Jason Hatch<br>Attorney at Law<br>368 Newell St.<br>Seattle, WA  98109-1858<br>Jayhatch11@gmail.com<br>*Of Attorneys for Plaintiff* |
|---|---|

**I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.**

DATED, at Portland, Oregon, this 10th day of June, 2019

GORDON REES SCULLY MANSUKHANI LLP

By: _____
Heather A. Coffey, Legal Assistant to
Christopher E. Hawk, WSBA #43307

DECLARATION OF SERVICE – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone:  (503) 382-3892
Facsimile :  (503) 616-3600