# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAMES WINN,<br><br>                Plaintiff,<br><br>  vs.<br><br>BOYD TINSLEY,<br><br>                Defendant. | NO. 2:18-CV-00919-RSL<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

## **STIPULATION**

Plaintiff and Defendant, having resolved this matter fully and completely, hereby stipulate to the entry of the following Order of Dismissal dismissing all claims with prejudice and without fees or costs to either party. Accordingly, the parties request that the Court sign and enter the Order of Dismissal below.

Date: July 10, 2019

 /s/ Stephanie Stocker
Stephanie Stocker, WSBA No. 33567
HENDERSON LAW GROUP, PLLC
stephanie@hendersonlaw.net

Date: July 10, 2019

 /s/ Jason Hatch
Jason Hatch, WSBA No. 31798
Jayhatch11@gmail.com
*Attorneys for Plaintiff*

Date: July 10, 2019

 /s/ Christopher E. Hawk
Christopher E. Hawk, WSBA No. 43307
GORDON REES SCULLY MANSUKHANI, LLP
chawk@grsm.com
*Attorneys for Defendant Boyd Tinsley*

STIPULATION AND ORDER OF
DISMISSAL – Page 1

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR 97204
Telephone: (503) 227-8269
Facsimile : (503) 616-3600

# ORDER OF DISMISSAL

The Court, having reviewed the foregoing Stipulation of the parties, and the Court being fully advised, hereby ORDERS that all of Plaintiff's claims against Defendant are hereby DISMISSED with prejudice and without fees or costs to either party.

SIGNED this 11th day of July, 2019.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Court Judge

Presented by:

GORDON REES SCULLY MANSUKHANI, LLP

 */s/ Christopher E. Hawk*
Christopher E. Hawk, WSB No. 43307
chawk@gordonrees.com
*Attorneys for Defendant Boyd Tinsley*

HENDERSON LAW GROUP, PLLC

 */s/ Stephanie Stocker*
Stephanie Stocker, WSBA No. 33567
stephanie@hendersonlaw.net
*Attorney for Plaintiff*

 */s/ Jason Hatch*
Jason Hatch, WSBA No. 31798
Jayhatch11@gmail.com
*Attorney for Plaintiff*

STIPULATION AND ORDER OF
DISMISSAL – Page 2

**GORDON REES SCULLY MANSUKHANI, LLP**
121 SW Morrison Street, Suite 1575
Portland, OR  97204
Telephone:  (503) 227-8269
Facsimile :  (503) 616-3600